UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIS SHAIKH,<br><br>        Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 18-cv-04394-MMC (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 27 |

The Court sets a hearing on Plaintiff's motion to compel, ECF No. 27, for April 11, 2019 at 10:00 a.m. in Courtroom A on the 15th floor, 450 Golden Gate Avenue. The briefing schedule set forth in Civil Local Rule 7-3(a) & (c) shall apply. For future discovery disputes, the parties shall follow the undersigned's Discovery Standing Order, which is available at https://cand.uscourts.gov/tsh/standing-orders. Any questions should be directed to Rose Maher, Courtroom Deputy, at (415) 522-4708 or TSHcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: March 19, 2019

THOMAS S. HIXSON
United States Magistrate Judge